# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| In Re: Carletta Carter | ) | |
| | ) | |
| Debtor. | ) | Case No. 08-35651-KRH |
| | ) | Chapter 13 |
| _____ | ) | |
| CARLETTA CARTER, | ) | |
| Plaintiff. | ) | |
| v. | ) | Adv. Proceeding No. 09-03012-KRH |
| MERS et al. | ) | |

## ANSWER

Comes now Dewey B. Morris ("Morris"), Trustee, by counsel, and for his answer to the Complaint to Determine the Validity, Priority or Extent of Lien of Wilshire Credit Corp. states as follows:

1. Morris admits the allegations contained in paragraphs 1-3.

2. Morris denies the allegations in paragraphs 4-5 as drafted.

3. Upon information and belief, paragraph 6 is admitted.

4. In response to paragraph 7, Morris admits that he has been named as a trustee on Deeds of Trust in favor of Encore Credit Corp. Upon information and belief, Morris admits that he has been named as Trustee on a Deed of Trust securing an indebtedness owed by the

Robert R. Musick, VSB 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804-649-7545
804-780-1813 Fax
bmusick@t-mlaw.com
*Counsel for Dewey B. Morris*

Debtor/Plaintiff to Encore Credit Corp. To the extent that paragraph 7 alleges any other facts, they are denied.

5. Morris has insufficient information to admit the allegations contained in paragraphs 8-19 and therefore denies them.

6. Morris denies that he has wronged the Debtor/Plaintiff in any way.

WHEREFORE, Dewey B. Morris, Trustee, by counsel, respectfully requests that this Court not take any action adverse to him and that the Court grant him such relief that the Court deems appropriate.

                        Respectfully Submitted,

                        DEWEY B. MORRIS

\_\_\_/s/  Robert R. Musick_____
Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804-649-7545
804-780-1813 Fax
bmusick@t-mlaw.com
*Counsel for Dewey B. Morris*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2009, a copy of the foregoing Answer was served electronically through the Court's ECF system on:

>Harrison Darden Hutson
>4807 Hermitage Road
>#205
>Richmond, VA 23227
>(804)266 4680
>1 866 455 1349 (fax)
>hdhlaw@gmail.com

I further certify that a copy of the foregoing Motion for Relief from Stay and Notice of Motion and Hearing was mailed, postage prepaid, to the following defendants:

>CT Corporation System
>4701 Cox Road
>Suite 301
>Glen Allen, VA 23060
>*Registered Agent for MERS*
>
>National Registered Agents, Inc.
>526 King Street, Suite 423
>Alexandria, VA 22314
>*Registered Agent for Encore Credit Corp.*
>
>Corporation Service Company
>11 South 12th Street
>Richmond, VA 23218
>*Registered Agent for Wilshire Credit Corp.*

____/s/ Robert R. Musick_____
Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804-649-7545
804-780-1813 Fax
bmusick@t-mlaw.com
*Counsel for Dewey B. Morris*